# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil Action No. 09-107 |
| v. ) | Criminal No. 04-233 |
| ) | Electronically Filed |
| CLARENCE M. GREEN, JR. ) | |

**ORDER**

Before the Court is petitioner Clarence M. Green, Jr.'s pro se motion to file a sealed document (Doc. No. 143). Because petitioner is represented by counsel, the Court HEREBY DENIES petitioner's motion at (Doc. No. 143) without prejudice to counsel for petitioner, in his discretion after consultation with his client, seeking similar relief.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:

Clarence M. Green, Jr.
Prisoner No. 08361-068
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

all counsel of record

1